The Honorable Lauren King

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNIE SONG, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Defendant. | NO. 2:24-cv-00845-LK<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

On December 16, 2024, the Court entered an Order to Show Cause ("OSC") for Plaintiff Annie Song ("Plaintiff") to demonstrate why her Complaint should not be dismissed for lack of subject matter jurisdiction. *See* ECF No. 25.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff respectfully submits this Notice of Voluntary Dismissal. In light of the Court's concerns regarding subject matter jurisdiction, Plaintiff hereby respectfully dismisses this action without prejudice, with the intent to re-file the action in state court.

DATED this 21st day of January, 2025.

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P.
41(a)(1)(A)(i)- 1

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | TOUSLEY BRAIN STEPHENS PLLC |
| 2 | By: */s/ Kim D. Stephens, P.S.* |
| | Kim D. Stephens, P.S. WSBA #11984 |
| 3 | Cecily C. Jordan, WSBA #50061 |
| | 1200 Fifth Avenue, Suite 1700 |
| 4 | Seattle, Washington 98101 |
| | Telephone: (206) 682-5600 |
| 5 | Facsimile: (206) 682-2992 |
| | kstephens@tousley.com |
| 6 | cjordan@tousley.com |
| 7 | |
| | Sophia G. Gold |
| 8 | KALIELGOLD PLLC |
| | 490 43rd Street, Suite 122 |
| 9 | Oakland, CA 94609 |
| | Telephone: (202) 350-4783 |
| 10 | |
| | *Attorneys for Plaintiff Annie Song* |

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P.
41(a)(1)(A)(i)- 2

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992